JOSEPH STAUDTER, PLAINTIFF-RESPONDENT, v. BARBARA ELTER, IND. *ETC.*, DEFENDANT-PETITIONER.

*Messrs. Murphy & Skelley* and *Mr. Joseph M. Harrison* for the petitioner.

*Mr. Charles J. Tyne* for the respondent.

February 26, 1962. Denied.

SAMUEL PARIS, PLAINTIFF-PETITIONER, v. MERLE B. KENWOOD, DEFENDANT-RESPONDENT.

*Mr. Samuel Paris in propria persona.*

*Mr. Irving I. Rubin* for the respondent.

February 26, 1962. Denied.